

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00203-CV

| | | |
|---|---|---|
| LESTER J. STRAIT, Appellant | § | On Appeal from the 342nd District Court |
| V. | | |
| SAVANNAH COURT PARTNERSHIP; PSJ PROPERTIES, LTD.; V. PATRICK GRAY CUSTOM HOMES, INC.; HOME CREEK, L.L.C.; JMJ TORIAN PROPERTIES, L.L.C.; CHEATHAM PARTNERS; THE CITY OF SOUTHLAKE, TEXAS; LAURA HILL, IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF SOUTHLAKE; AND SHANA YELVERTON, IN HER OFFICIAL CAPACITY AS THE CITY MANAGER OF THE CITY OF SOUTHLAKE, Appellees | § | of Tarrant County (342-295089-17) |
| | § | February 6, 2020 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's summary judgments. It is ordered that the summary judgments of the trial court are reversed, and the case is remanded to the trial court for a new trial.

It is further ordered that each party shall bear its own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM